# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY DAHL, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>MOTT'S LLP, DR PEPPER SNAPPLE GROUP, INC.<br><br>              Defendants. | *Hon. Sterling Johnson, Jr.*<br><br>Civil Action No. 1:10-cv-02976 SJ JA |

## PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)(1)(A)(i)

**TO THE COURT AND CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) plaintiff Timothy Dahl hereby gives notice of the voluntary dismissal with prejudice of his above-captioned action.

Dated: December 17, 2010          **REESE RICHMAN LLP**


By:_____ _/s/ Michael R. Reese_____
                    Michael R. Reese

Attorneys for plaintiff TIMOTHY DAHL

SO ORDERED _____

U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2010, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon all counsel of record.

Dated:  December 17, 2010          By:_____  */s/ Michael R. Reese*
                                              Michael R. Reese

                                        *Attorneys for Plaintiff Timothy Dahl*

2